

# Cooley
## GODWARD KRONISH LLP

**MEMO ENDORSED**

D. H. DAVIS
(212) 479-6310
(646) 619-4894
ddavis@cooley.com



*Extension Granted.*

**SO ORDERED:**
Date: 9/5/07   *Richard M. Berman*
Richard M. Berman, U.S.D.J.

September 4, 2007

<u>BY HAND DELIVERY</u>

The Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

          RE:    **Christopher Pape v. Electronic Arts, Inc.**
                  **07-cv-5760 (RMB)**

Dear Judge Berman:

We represent the defendant, Electronic Arts, Inc. ("EA"), in the above-captioned matter. We write to request an extension of time to answer the plaintiff's complaint.

EA's answer was originally due on Thursday, September 6th. Opposing counsel has agreed to extend EA's time to answer by three weeks, to Thursday, September 27th.

The plaintiff alleges copyright infringement by EA, but no copies of the allegedly infringing or infringed work were provided with the complaint. This extension will give the plaintiff time to collect the work at issue and provide it to EA – and accordingly allow EA to prepare its response. No previous requests for an extension of time to answer have been made.

Please let us know if we can be of any further assistance.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/05/2007
```

Respectfully submitted,

*Daniel H. Davis*

Daniel H. Davis



**RECEIVED**
SEP 0 5 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

cc:    John W. Crittenden, Esq.

       Carl I. Kaminsky, Esq.
       150 West 51st Street
       New York, NY  10049