

# Cooley
## GODWARD KRONISH LLP

**MEMO ENDORSED**

DANIEL H. DAVIS
T: (212) 479-6000
F: (646) 619-4894
ddavis@cooley.com



Conference on 10/26/07 @ 9:15 A.M.

SO ORDERED
Date: 9/14/07
Richard M. Berman, U.S.D.J.

September 11, 2007

**BY HAND DELIVERY**

The Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

RE: **Christopher Pape v. Electronic Arts, Inc.**
**07-cv-5760 (RMB)**

Dear Judge Berman:

We represent the defendant, Electronic Arts, Inc. ("EA"), in the above-captioned matter. We received yesterday your letter directing the parties to appear before you for an initial pre-trial conference on November 14, 2007. We write to request a rescheduling of that date.

The Cooley partner handling this matter is John Crittenden – he is based in our San Francisco office, near where EA is located (his motion to appear *pro hac vice* will be submitted shortly). Mr. Crittenden would very much like to attend the initial pre-trial conference, but his travel schedule will not permit him to make the November 14th date. We have conferred with plaintiff's counsel and have agreed upon the morning of Friday, November 16th as a potential date for the initial pre-trial conference. We hope the Court has a time available that morning.

Please let us know if we can be of further assistance.

**RECEIVED SEP 11 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J**

Respectfully submitted,

Daniel H. Davis

cc: John W. Crittenden, Esq.

Carl I. Kaminsky, Esq.
150 West 51st Street
New York, NY 10049

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
9/14/07

1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036  T: (212) 479-6000  F: (212) 479-6275  WWW.COOLEY.COM