UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHRISTOPHER PAPE,

              Plaintiff,

              v.

ELECTRONIC ARTS, INC., and
INETVIDEO.COM,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 CV 5760 (RMB)

**NOTICE OF MOTION TO ADMIT JOHN W. CRITTENDEN *PRO HAC VICE***

PLEASE TAKE NOTICE that, upon the annexed affirmation of John W. Crittenden in support of this motion and the Certificate of Good Standing annexed thereto, the undersigned will move this Court before the Honorable Richard M. Berman at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, for an Order admitting

        John W. Crittenden
        COOLEY GODWARD KRONISH LLP
        101 California Street, 5th Floor
        San Francisco, CA 94111
        Phone: (415) 493-2000
        Fax:   (415) 493-2222

as attorney *pro hac vice* to argue or try this case in whole or in part as counsel to the named Defendant in this case. Mr. Crittenden is a partner in the firm of Cooley Godward Kronish LLP and a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Mr. Crittenden in any state or federal court. The undersigned, who is also acting as counsel to Electronic Arts Inc. in this case, has conferred with the plaintiff's counsel, who consents to the relief requested in this motion.

Dated: New York, New York
       September 25, 2007

                              Respectfully submitted,

                              COOLEY GODWARD KRONISH LLP

                          By: _____
                                Daniel H. Davis (DD-0090)

                          1114 Avenue of the Americas
                          New York, NY 10036-7798
                          Phone: (212) 479-6000
                          Fax:   (212) 479-6275

TO:   Carl Kaminsky, Esq.
        135 Ocean Parkway
        Brooklyn, NY 11218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
CHRISTOPHER PAPE,                        :
                                         :
        Plaintiff,                       : Case No. 07 CV 5760 (RMB)
                                         :
        v.                               : **AFFIRMATION OF DANIEL H.**
                                         : **DAVIS IN SUPPORT OF**
ELECTRONIC ARTS, INC., and               : **MOTION TO ADMIT**
INETVIDEO.COM,                           : **COUNSEL *PRO HAC VICE***
                                         :
        Defendants.                      :
                                         :
---------------------------------------- x

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

      DANIEL H. DAVIS, pursuant to Title 28, United State Code, Section 1746, hereby affirms under penalty of perjury:

      1.     I am an associate in the law firm of Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, NY, 10036.

      2.     I submit this affirmation in support of the motion of John W. Crittenden for admission to practice *pro hac vice* in the above-captioned case.

      3.     As shown in the Certificate of Good Standing annexed hereto, Mr. Crittenden is a member in good standing of the Bar of the State of California.

      4.     There are no pending disciplinary proceedings against Mr. Crittenden in any state or federal court.

      5.     Wherefore, I respectfully request that Mr. Crittenden be permitted to appear as counsel for defendant Electronic Arts, Inc., in this case.

2

Dated: September 25, 2007

/s/ _____
Daniel H. Davis (DD-0090)

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

September 20, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN WHITMAN CRITTENDEN, #101634, was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; that from the date of admission to January 1, 1982, he was an ACTIVE member of the State Bar of California; that on January 1, 1982, he transferred at his request to the INACTIVE status; that from that date to November 8, 1983, he was an INACTIVE member of the State Bar of California; that on November 8, 1983, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTOPHER PAPE,

           Plaintiff,      :  Case No. 07 CV 5760 (RMB)

      v.

ELECTRONIC ARTS, INC., and      :  **ADMISSION TO PRACTICE**
INETVIDEO.COM,      :  ***PRO HAC VICE***

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, John W. Crittenden, is permitted to argue or try this particular case in whole or in part as counsel or advocate on behalf of Electronic Arts, Inc..

      An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

      The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel in this case.

Dated: _____        _____
                                                  United States District Judge

## CERTIFICATE OF SERVICE

I, Daniel Davis, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Admit John W. Crittenden *Pro Hac Vice* and the Affirmation of Daniel H. Davis In Support of Motion to Admit Counsel *Pro Hac Vice* to be served by regular mail this 25th day of September, 2007 upon:

> Carl Kaminsky, Esq.
> 135 Ocean Parkway
> Brooklyn, NY 11218

_____
Daniel H. Davis (DD-0090)