UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
CHRISTOPHER PAPE,

                Plaintiff,

vs.

ELECTRONIC ARTS, INC. and
INETVIDEO.COM

                Defendants.
------------------------------------- X

Case No. 07 cv 5760 (RMB)

**ORDER FOR A**
**MORE DEFINITE STATEMENT**

       It is hereby ordered that Plaintiff Christopher Pape ("Plaintiff") make a more definite statement of the claim alleged in his complaint as follows:

    1.    By providing a color copy of Plaintiff's work whose copyright Plaintiff contends Defendants infringed, as well as a specific description of the work's location.

    2.    By providing an image of the relevant scene or scenes within the Defendants' *Freedom Fighters* video game depicting the allegedly-infringing material, as well as a specific description of the material and its location in the game.

       It is further ordered that Plaintiff file and serve an amended complaint containing a more definite statement as here ordered within _____ days, and that Defendants shall have 20 days from service in which to respond to said amended complaint.

Dated:

                                                             Richard M. Berman, U.S.D.J.