## CERTIFICATE OF SERVICE

I, Daniel Davis, hereby certify that I caused a true and correct copy of the foregoing Motion for a More Definite Statement and the supporting Declaration of John W. Crittenden to be served and filed via the ECF court system in accordance with the local civil rules of the United States District Court for the Southern District of New York, this 27th day of September, 2007 upon:

Carl Kaminsky, Esq.
135 Ocean Parkway
Brooklyn, NY 11218


Daniel H. Davis (DD-0090)