AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Case Number: 07 CV 5760 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

INETVIDEO.COM

I certify that I am admitted to practice in this court.

10/17/2007
Date

Signature

Oliver R. Chernin     OC-4516
Print Name     Bar Number

c/o McLaughlin & Stern, LLP  260 Madison Avenue
Address

New York     NY     10016
City     State     Zip Code

(212) 448-1100     (212) 448-0066
Phone Number     Fax Number

E-MAIL  OCHERNIN@MCLAUGHLINSTERN.COM