UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

CHRISTOPHER PAPE,

                Plaintiff,                      Case No. 07 cv 5760 (RMB)

vs.                                           ECF Case

ELECTRONIC ARTS, INC. and                **RULE 7.1 STATEMENT**
INETVIDEO.COM

                Defendants.

------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Electronic Arts Inc. ("EA") certifies that EA does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

Dated: New York, New York
         October 24, 2007

                                            Respectfully submitted,

                                            COOLEY GODWARD KRONISH LLP

                                            _____/s/ John W. Crittenden_____
                                               John W. Crittenden (JC-1053)

                                            Admitted *pro hac vice*
                                            101 California Street, 5th Floor
                                            San Francisco, CA 94111-5800
                                            Phone: (415) 693-2000
                                            Fax:   (415) 693-2222

                                            Daniel H. Davis (DD-0090)
                                            1114 Avenue of the Americas
                                            New York, NY 10036-7798
                                            Phone: (212) 479-6000
                                            Fax:   (212) 479-6275

                                            *Attorneys for Defendant Electronic Arts Inc.*