UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

CHRISTOPHER PAPE
                     Plaintiff(s),                  **Case Management Plan**

    - v -                                            07 CV. 5760 (RMB)

ELECTRONIC ARTS, INC., et al.
                     Defendant(s).
----------------------------------------------------------X

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by    November 16, 2007

(ii)   Amend the pleadings by    November 16, 2007

(iii)  All discovery to be **expeditiously** completed by    February 29, 2008

(iv)  Consent to Proceed before Magistrate Judge    No

(v)   Status of settlement discussions    Premature    *With Principals on 3/10/08 @ 10:00 A.M.*

**Sections vi through xi will be set at conference with the Court.**

(vi)  Motions

(vii)  Oral Argument

(viii)  Joint Pre-Trial Order to be submitted by

(ix)  Final Pre-Trial Conference

(x)   Trial

(xi)  Other  *Refer pretrial issues to Magistrate Judge Eaton*

SO ORDERED: New York, New York
10/26/07

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2007