*Berman, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CHRISTOPHER PAPE                                    :
                                                   :
                                    Plaintiff,     :        Case No. 07 CV 5760 (RMB)
                                                   :
            -against-                              :
                                                   :
ELECTRONIC ARTS, INC. and                          :
INETVIDEO.COM                                       :
                                    Defendant.     :
-------------------------------------------------------------x

## STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for the parties, that the above-captioned action, including all claims, is dismissed with prejudice

against INETVIDEO.COM, each party to bear its own costs.

THE CONFERENCE SCHEDULED FOR MARCH 10, 2008 IS VACATED.

Dated: New York, New York
       *November 15*, 2007

McLAUGHLIN & STERN, LLP                    Law Offices of Carl I. Kaminsky

By: _____               By: _____
    Oliver R. Chernin, Esq. (OC- 4516)        Carl I. Kaminsky, Esq, (CK-6165)
    260 Madison Avenue                        ~~150 West 51st Street~~ 1356 aapday
    New York, NY 10016                        ~~New York, NY 10019~~ Bulin NY
    (212) 4448-1100                           ~~(212) 219-4011~~ (7th) 851-1505

    *Attorneys for Defendant*                 *Attorney for Plaintiff*
    INETVIDEO.COM                             CHRISTOPHER PAPE

IT IS SO ORDERED

Dated: __11/16/07__, 2007

RMB

_____
HONORABLE JUDGE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07