# Cooley
## GODWARD KRONISH LLP

DANIEL H. DAVIS
T: (212) 479-6360
F: (646) 619-4894
ddavis@cooley.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

April 9, 2008

**MEMO ENDORSED**

**VIA HAND DELIVERY**

The Honorable Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 650
New York, New York 10007

RE: **Christopher Pape v. Electronic Arts, Inc.**
    **07-cv-5760 (RMB)**

Dear Judge Berman:

We represent the defendant, Electronic Arts Inc. ("EA"), in the above-captioned matter. The parties were able to settle this dispute at a conference before Magistrate Judge Eaton on Monday, March 10, 2008. Judge Eaton entered a conditional Order of Discontinuance, instructing that this case could be restored to the Court's active calendar if a settlement was not reached within 30 days.

Though EA sent plaintiff's counsel a final settlement agreement on March 19, 2008, plaintiff has not yet executed the document. We do not anticipate receipt of an executed settlement agreement from the plaintiff before the 30-day deadline expires on Thursday, April 10, 2008. However, we are informed by plaintiff's counsel that plaintiff will execute the settlement agreement in short order. We therefore request an extension of the previously entered 30-day Order of Discontinuance by an additional 30 days, to **Friday, May 9, 2008**, which will allow the parties to finally resolve this matter.

Although the Order of Discontinuance advised that either party could request to reopen the matter by writing to Judge Eaton, in light of the Court's order of March 10, 2008 withdrawing the reference to Judge Eaton, we are making this request to your Honor.

Respectfully submitted,

Daniel H. Davis

cc: The Honorable Douglas F. Eaton

    John W. Crittenden, Esq.

    Carl I. Kaminsky, Esq.

SO ORDERED.
RMB
RICHARD M. BERMAN U.S.D.J.
4/10/08