```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CHRISTOPHER PAPE,

        Plaintiff,

vs.

ELECTRONIC ARTS, INC. and
INETVIDEO.COM

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 07 cv 5760 (RMB)

**STIPULATION FOR DISMISSAL
OF ACTION WITH PREJUDICE
(Fed R. Civ. P. 41(a)(1))**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this Action in its entirety with prejudice. Each party shall bear his or its attorney's fees and costs.

Dated: March 20, 2008

LAW OFFICES OF CARL I. KAMINSKY

_____
Carl I. Kaminsky
135 Ocean Parkway
Brooklyn, NY 11218
Phone: (718) 853-1505
*Attorney for Plaintiff Christopher Pape*

Dated: April 23, 2008

COOLEY GODWARD KRONISH LLP

_____
John W. Crittenden
Admitted *pro hac vice*
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Phone: (415) 693-2000
Fax:   (415) 693-2222

*Attorneys for Defendant Electronic Arts Inc.*

1080314 v1/SF
03/19/08 12 52 PM

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
4/24/08

